Gustavo Magaña (SBN 305970)
The Law Office of Gustavo Magaña
4701 Patrick Henry Dr. Bldg 16
Santa Clara, CA 95054
T: (408) 430-0411
F: (800) 650-9326
E: Gmaganaesq@gmail.com

Attorney for Plaintiff
Theodore Valdez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Theodore Valdez,<br><br>  Plaintiff,<br><br>  v.<br><br>City of San Jose, et al..<br><br>  Defendants. | Case Number:  5:25-CV-05365-NC<br><br>**STIPULATED ORDER FOR THE DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE** |

It is hereby stipulated between Plaintiff, Theodore Valdez, and Defendants City of San Jose, Defendant Christopher Weber, and Ian Michael Hawkley, that the entire case should be dismissed with prejudice pursuant to F.R.C.P. 41. The parties further stipulate that each party shall bear their own attorney's fees, expenses, and costs.

IT IS SO STIPULATED.

///

///

Dated: 12/24/25                                San Jose City Attorney's Office


                                               By:  /s/ Thomas J. Gray
                                                    Thomas Gray, Esq.
                                                    Senior Deputy City Attorney

                                               Attorneys for Defendants



Dated: 12/24/25                                LAW OFFICE OF GUSTAVO MAGAÑA


                                               By:  ____Gustavo Magaña_____
                                               GUSTAVO MAGAÑA

                                               Attorneys for Plaintiff


    I attest that Defense counsel has read and approved this document and given consent to the filing of the same with the Court.


Dated: 12/24/25                                LAW OFFICE OF GUSTAVO MAGAÑA


                                               By:  ____Gustavo Magaña_____
                                                    GUSTAVO MAGAÑA

                                               Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 29, 2025

HON. Nathanael M. Cousins
United States Magistrate Judge

